**Order entered August 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00425-CR

**MIGUEL CERVANTES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F14-76507-K**

## ORDER

The Court has before it appellant's August 8, 2016 motion, supplemented by his August 9, 2016 motion. We **GRANT** appellant's motions and **ORDER** his brief filed by September 8, 2016.


/s/     ADA BROWN
        JUSTICE